**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 13-2443**

———————————

BRIAN WARCH; SAMUEL THAMES,

        Plaintiffs - Appellants,

    and

ABRAM SEWELL; RODNEY STITH,

        Plaintiffs,

    v.

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 333;
STEAMSHIP TRADE ASSOCIATION; MTC; PORTS AMERICA,

        Defendants - Appellees,

    and

AMERICAN SUGAR REFINING, INC.; CERES TERMINALS, INC.;
MID-ATLANTIC TERMINALS/WWL; TARTAN TERMINALS, INC.,

        Defendants.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Susan K. Gauvey, Magistrate Judge.
(1:12-cv-00044-SKG)

———————————

Submitted: April 28, 2014        Decided: May 2, 2014

———————————

Before WILKINSON, AGEE, and THACKER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

Brian Warch, Samuel Thames, Appellants Pro Se.   Jennifer Lynn Stair, TERRASA & STAIR, PA, Baltimore, Maryland; Michael J. Collins, MICHAEL J. COLLINS, PC, Highland, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Warch and Samuel Thames appeal the magistrate judge's order[*] dismissing in part and denying relief in part on their civil action for breach of duty of fair representation against Defendant International Longshoremen's Association, Local 333, and challenging employment practices of Defendants Steamship Trade Association, MTC, and Ports America and the magistrate judge's order denying their Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Warch v. Int'l Longshoremen's Ass'n, Local 333, No. 1:12-cv-00044-SKG (D. Md. Mar. 27 & Oct. 29, 2013). We deny the motion to intervene and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties in this case consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c)(1) (2012).

3